▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL RIVERA, Appellant. [624 NYS2d 938] —Appeal by the defendant from a judgment of the County Court, Orange County (Charde, J.), rendered June 10, 1986, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence, in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Mangano, P. J., Rosenblatt, Miller and Ritter, JJ., concur.

▮ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY L. ROSS, Appellant. [624 NYS2d 940] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 11, 1994, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.